DAVID JOE STARKEY, Plaintiff-Appellant, *v.* RUSSELL D. LINDSEY *et al.*, Defendants-Appellees.

(No. 72-63;

Third District—December 7, 1972.

*Rehearing denied January 5, 1973.*

Opinion by Mr. PRESIDING JUSTICE ALLOY.

James J. Gende, of Moline, for appellant.

Virgil Bozeman, of Moline, and Edward Keefe, of Rock Island, for appellees.